**91–2068.** State v. Lewis. *Summit County*, No. 14632. On motion for leave to file memorandum in support instanter. Motion granted.

WRIGHT, J., dissents.

**91–2099.** State, ex rel. Nelson, v. Fuerst. *Cuyahoga County*, No. 62021. On motion to strike notice of appeal. Motion denied.

**91–2112.** In re Guardianship of Rudy. *Trumbull County*, Nos. 90–T–4398 and 90–T–4416. On motion to strike memorandum in support. Motion denied.

**91–2133.** State v. Short. *Cuyahoga County*, No. 58676. On motion for leave to file delayed appeal. Motion granted.

**91–2137.** State v. Campbell. *Hamilton County*, No. C–890330. On motion for leave to withdraw as counsel. Motion granted; *sua sponte*, Ohio Public Defender appointed.

WRIGHT and H. BROWN, JJ., dissent.

**91–2140.** Fusek v. Lake Shore Equip. & Supply Co. *Cuyahoga County*, No. 58933. On motion for leave to file memorandum in support instanter. Motion granted.

WRIGHT, J., dissents.

**91–2154.** State v. Fry. *Summit County*, No. 14996. On motion for leave to file memorandum in support instanter. Motion granted.

WRIGHT, J., dissents.

**91–2159.** State v. Brooks. *Cuyahoga County*, No. 57034. On motion for leave to file delayed appeal. Motion granted.

MOYER, C.J., and WRIGHT, J., dissent.

**91–2183.** State v. Pennington. *Cuyahoga County*, No. 58842. On motion for leave to file delayed appeal. Motion granted.

MOYER, C.J., and WRIGHT, J., dissent.

**91–2211.** Deerfield Twp. Trustees v. Moskoff. *Portage County*, Nos. 90–P–2203 and 90–P–2269. On motion to reconsider denial of extension. Motion denied.

HOLMES and RESNICK, JJ., dissent.